# United States Bankruptcy Court
## Western District of Pennsylvania

In re  **Catherine R McGinley**                                      Case No.  **22-21882**

Debtor(s)                                                            Chapter  **13**

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, **Catherine R McGinley**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

☑ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date  **November 4, 2022**                     Signature  **/s/ Catherine R McGinley**
                                                          **Catherine R McGinley**
                                                          Debtor

**P G Publishing Co**
2201 Sweeney Drive
Clinton, PA 15026

paylocity

Direct Deposit Advice

| Check Date | Voucher Number |
|---|---|
| September 22, 2022 | 3297 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| PNC BANK, NATIONAL A | C | ***7086 | 416.90 |
| Total Direct Deposits | | | 416.90 |

141000   000500   102294  3297  3247       141000

Catherine R McGinley
117 Race St
Pittsburgh, PA 15218

Non Negotiable - This is not a check - Non Negotiable

Non Negotiable - This is not a check - Non Negotiable

**P G Publishing Co**                                                          **Earnings Statement**

Catherine P. McGinley

| | | | | | | |
|---|---|---|---|---|---|---|
| Employee ID | 102294 | Fed Taxable Income | 613.93 | Check Date | September 22, 2022 | Voucher Number  3297 |
| Location | 000500 | Fed Filing Status | S-0 | Period Beginning | September 11, 2022 | Net Pay  416.90 |
| Salary | $667.31 | State Filing Status | S-0 | Period Ending | September 17, 2022 | Total Hours Worked  37.50 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Bonus | | | | 470.01 |
| Commissio | | | | 15,571.21 |
| Gift Card | | | | 1,400.00 |
| Regular | 17.79 | 37.50 | 667.31 | 25,357.78 |
| **Gross Earnings** | | 37.50 | 667.31 | 42,799.00 |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 59.68 | 5,577.74 |
| MED | 8.90 | 574.43 |
| PA | 18.85 | 1,216.35 |
| PA-731801 | 6.14 | 396.20 |
| PA-FIN4 | 1.00 | 41.00 |
| PASUI-E | 0.37 | 23.79 |
| SS | 38.06 | 2,456.28 |
| **Taxes** | 133.00 | 10,285.79 |

| Deductions | Amount | YTD |
|---|---|---|
| Gift Card | | 1,400.00 |
| Home Delivery | 1.25 | 47.50 |
| Medical After Tax | 62.78 | 2,385.64 |
| Wage Diversion | 53.38 | 3,181.51 |
| **Deductions** | 117.41 | 7,014.65 |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| PNC BANK, NATIONAL ASSOCIATION | C | ***7086 | 416.90 |
| **Total Direct Deposits** | | | 416.90 |

P G Publishing Co  2201 Sweeney Drive  Clinton, PA 15026 | (419) 724-6028 | FEIN: 94-0692700 | PA: 81-72150

**P G Publishing Co**
2201 Sweeney Drive
Clinton, PA 15026

Direct Deposit Advice

paylocity

| | Check Date | Voucher Number |
|---|---|---|
| | September 15, 2022 | 3112 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| PNC BANK, NATIONAL A | C | ***7086 | 868.40 |
| Total Direct Deposits | | | 868.40 |

141000  000500  102294  3112  3064    141000

Catherine R McGinley
117 Race St
Pittsburgh, PA  15218

**Non Negotiable - This is not a check - Non Negotiable**

P G Publishing Co

**Earnings Statement**

**Catherine R McGinley**

| | | | Fed Taxable Income | 1,157.83 | Check Date | September 15, 2022 | Voucher Number | 3112 |
|---|---|---|---|---|---|---|---|---|
| Employee ID | 102294 | | Fed Filing Status | S-0 | Period Beginning | September 4, 2022 | Net Pay | 868.40 |
| Location | 000500 | | State Filing Status | S-0 | Period Ending | September 10, 2022 | Total Hours Worked | 0.00 |
| Salary | $667.31 | | | | | | | |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Bonus | | | | 470.01 |
| Commissio | | | | 15,571.21 |
| Gift Card | 0.00 | | 1,157.83 | 1,400.00 |
| Regular | | | | 24,690.47 |
| **Gross Earnings** | | 0.00 | 1,157.83 | 42,131.69 |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 152.03 | 5,518.06 |
| MED | 16.79 | 565.53 |
| PA | 35.55 | 1,197.50 |
| PA-731801 | 11.58 | 390.06 |
| PA-FIN4 | 1.00 | 40.00 |
| PASUI-E | 0.69 | 23.42 |
| SS | 71.79 | 2,418.22 |
| **Taxes** | 289.43 | 10,152.79 |

| Deductions | Amount | YTD |
|---|---|---|
| Gift Card | | 1,400.00 |
| Home Delivery | | 46.25 |
| Medical After Tax | | 2,322.86 |
| Wage Diversion | | 3,128.13 |
| | | 6,897.24 |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| PNC BANK, NATIONAL ASSOCIATION | C | ***7086 | 868.40 |
| Total Direct Deposits | | | 868.40 |

P G Publishing Co | 2201 Sweeney Drive  Clinton, PA 15026 | (419) 724-6028 | FEIN: 94-0692700 | PA: 81-72150

**P G Publishing Co**
2201 Sweeney Drive
Clinton, PA 15026

Direct Deposit Advice

paylocity

| | Check Date | Voucher Number |
|---|---|---|
| | September 15, 2022 | 3023 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| PNC BANK, NATIONAL A | C | ***7086 | 416.90 |
| Total Direct Deposits | | | 416.90 |

141000  000500  102294  3023  3002        141000

Catherine R McGinley
117 Race St
Pittsburgh, PA  15218

Non Negotiable - This is not a check - Non Negotiable

---

**P G Publishing Co**                                   **Earnings Statement**

**Catherine R McGinley**

| | | | | | |
|---|---|---|---|---|---|
| Employee ID | 102294 | Fed Taxable Income | 613.93 | Check Date | September 15, 2022 |
| Location | 000500 | Fed Filing Status | S-0 | Period Beginning | September 4, 2022 |
| Salary | $667.31 | State Filing Status | S-0 | Period Ending | September 10, 2022 |

| | | |
|---|---|---|
| Voucher Number | | 3023 |
| Net Pay | | 416.90 |
| Total Hours Worked | | 37.50 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Bonus | | | | 470.01 |
| Commissio | | | | 14,413.38 |
| Gift Card | | | | 1,400.00 |
| Regular | 17.79 | 37.50 | 667.31 | 24,690.47 |
| **Gross Earnings** | | 37.50 | 667.31 | 40,973.86 |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 59.68 | 5,366.03 |
| MED | 8.90 | 548.74 |
| PA | 18.85 | 1,161.95 |
| PA-731801 | 6.14 | 378.48 |
| PA-FIN4 | 1.00 | 39.00 |
| PASUI-E | 0.37 | 22.73 |
| SS | 38.06 | 2,346.43 |
| **Taxes** | 133.00 | 9,863.36 |

| Deductions | Amount | YTD |
|---|---|---|
| Gift Card | | 1,400.00 |
| Home Delivery | 1.25 | 46.25 |
| Medical After Tax | 62.78 | 2,322.86 |
| Wage Diversion | 53.38 | 3,128.13 |
| **Deductions** | 117.41 | 6,897.24 |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| PNC BANK, NATIONAL ASSOCIATION | C | ***7086 | 416.90 |
| Total Direct Deposits | | | 416.90 |

P G Publishing Co | 2201 Sweeney Drive  Clinton, PA 15026 | (419) 724-6028 | FEIN: 94-0692700 | PA: 81-72150

P G Publishing Co
2201 Sweeney Drive
Clinton, PA 15026

paylocity

Direct Deposit Advice

Check Date: September 8, 2022
Voucher Number: 2627

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| PNC BANK, NATIONAL A | C | ***7086 | 416.86 |
| Total Direct Deposits | | | 416.86 |

141000  000500  102294  2627  2591    141000

Catherine R McGinley
117 Race St
Pittsburgh, PA  15218

Non Negotiable - This is not a check - Non Negotiable

P G Publishing Co

Earnings Statement

**Catherine R McGinley**

| | | |
|---|---|---|
| Employee ID | 102294 | Fed Taxable Income 613.93 |
| Location | 000500 | Fed Filing Status S-0 |
| Salary | $667.31 | State Filing Status S-0 |

Check Date: September 8, 2022
Period Beginning: August 28, 2022
Period Ending: September 3, 2022

Voucher Number: 2627
Net Pay: 416.86
Total Hours Worked: 37.50

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Bonus | | | | 470.01 |
| Commissio | | | | 14,413.38 |
| Gift Card | | | | 1,400.00 |
| Regular | 17.79 | 37.50 | 667.31 | 24,023.16 |
| **Gross Earnings** | | 37.50 | 667.31 | 40,306.55 |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 59.68 | 5,306.35 |
| MED | 8.90 | 539.84 |
| PA | 18.85 | 1,143.10 |
| PA-731801 | 6.14 | 372.34 |
| PA-FIN4 | 1.00 | 38.00 |
| PASUI-E | 0.37 | 22.36 |
| SS | 38.10 | 2,308.37 |
| **Taxes** | 133.04 | 9,730.36 |

| Deductions | Amount | YTD |
|---|---|---|
| Gift Card | | 1,400.00 |
| Home Delivery | 1.25 | 45.00 |
| Medical After Tax | 62.78 | 2,260.08 |
| Wage Diversion | 53.38 | 3,074.75 |
| **Deductions** | 117.41 | 6,779.83 |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| PNC BANK, NATIONAL ASSOCIATION | C | ***7086 | 416.86 |
| Total Direct Deposits | | | 416.86 |

P G Publishing Co | 2201 Sweeney Drive  Clinton, PA 15026 | (419) 724-6028 | FEIN: 94-0692700 | PA: 81-72150

**P G Publishing Co**
2201 Sweeney Drive
Clinton, PA 15026

Direct Deposit Advice

paylocity

| Check Date | Voucher Number |
|---|---|
| September 1, 2022 | 2426 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| PNC BANK, NATIONAL A | C | ***7086 | 416.90 |
| Total Direct Deposits | | | 416.90 |

141000   000500   102294  2426  2403            141000

**Catherine R McGinley**
117 Race St
Pittsburgh, PA  15218

*Non Negotiable - This is not a check - Non Negotiable*

---

**Non Negotiable - This is not a check - Non Negotiable**

**P G Publishing Co**                                         **Earnings Statement**

**Catherine R McGinley**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Employee ID | 102294 | Fed Taxable Income | 613.93 | Check Date | September 1, 2022 | Voucher Number | 2426 |
| Location | 000500 | Fed Filing Status | S-0 | Period Beginning | August 21, 2022 | Net Pay | 416.90 |
| Salary | $667.31 | State Filing Status | S-0 | Period Ending | August 27, 2022 | Total Hours Worked | 37.50 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Bonus | | | | 470.01 |
| Commissio | | | | 14,413.38 |
| Gift Card | | | | 1,400.00 |
| Regular | 17.79 | 37.50 | 667.31 | 23,355.85 |
| **Gross Earnings** | | 37.50 | 667.31 | 39,639.24 |

| Deductions | Amount | YTD |
|---|---|---|
| Gift Card | | 1,400.00 |
| Home Delivery | 1.25 | 43.75 |
| Medical After Tax | 62.78 | 2,197.30 |
| Wage Diversion | 53.38 | 3,021.37 |
| **Deductions** | 117.41 | 6,662.42 |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 59.68 | 5,246.67 |
| MED | 8.90 | 530.94 |
| PA | 18.85 | 1,124.25 |
| PA-731801 | 6.14 | 366.20 |
| PA-FIN4 | 1.00 | 37.00 |
| PASUI-E | 0.37 | 21.99 |
| SS | 38.06 | 2,270.27 |
| **Taxes** | 133.00 | 9,597.32 |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| PNC BANK, NATIONAL ASSOCIATION | C | ***7086 | 416.90 |
| Total Direct Deposits | | | 416.90 |

P G Publishing Co | 2201 Sweeney Drive  Clinton, PA 15026  (419) 724-6028 | FEIN: 94-0692700 | PA: 81-72150

**P G Publishing Co**
2201 Sweeney Drive
Clinton, PA 15026

paylocity

Direct Deposit Advice

| Check Date | Voucher Number |
|---|---|
| August 25, 2022 | 2221 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| PNC BANK, NATIONAL A | C | ***7086 | 416.90 |
| Total Direct Deposits | | | 416.90 |

141000   000500   102294  2221  2209           141000

Catherine R McGinley
117 Race St
Pittsburgh, PA  15218

Non Negotiable - This is not a check - Non Negotiable

**P G Publishing Co**

**Earnings Statement**

Catherine R McGinley

| Employee ID | 102294 | Fed Taxable Income | 613.93 | Check Date | August 25, 2022 | Voucher Number | 2221 |
| Location | 000500 | Fed Filing Status | S-0 | Period Beginning | August 14, 2022 | Net Pay | 416.90 |
| Salary | $667.31 | State Filing Status | S-0 | Period Ending | August 20, 2022 | Total Hours Worked | 37.50 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Bonus | | | | 470.01 |
| Commissio | | | | 14,413.38 |
| Gift Card | | | | 1,400.00 |
| Regular | 17.79 | 37.50 | 667.31 | 22,688.54 |
| **Gross Earnings** | | 37.50 | 667.31 | 38,971.93 |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 59.68 | 5,186.99 |
| MED | 8.90 | 522.04 |
| PA | 18.85 | 1,105.40 |
| PA-731801 | 6.14 | 360.06 |
| PA-FIN4 | 1.00 | 36.00 |
| PASUI-E | 0.37 | 21.62 |
| SS | 38.06 | 2,232.21 |
| **Taxes** | 133.00 | 9,464.32 |

| Deductions | Amount | YTD |
|---|---|---|
| Gift Card | | 1,400.00 |
| Home Delivery | 1.25 | 42.50 |
| Medical After Tax | 62.78 | 2,134.52 |
| Wage Diversion | 53.38 | 2,967.99 |
| **Deductions** | 117.41 | 6,545.01 |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| PNC BANK, NATIONAL ASSOCIATION | C | ***7086 | 416.90 |
| Total Direct Deposits | | | 416.90 |

P G Publishing Co | 2201 Sweeney Drive  Clinton, PA 15026 | (419) 724-6028 | FEIN: 94-0692700 | PA: 81-72150

**P G Publishing Co**
2201 Sweeney Drive
Clinton, PA 15026

Direct Deposit Advice

paylocity

| | Check Date | Voucher Number |
|---|---|---|
| | August 18, 2022 | 2007 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| PNC BANK, NATIONAL A | C | ***7086 | 487.38 |
| Total Direct Deposits | | | 487.38 |

141000   000500   102294   2007   2007            141000

**Catherine R McGinley**
117 Race St
Pittsburgh, PA 15218

*Non Negotiable - This is not a check - Non Negotiable*

---

**P G Publishing Co**                                                    **Earnings Statement**

**Catherine R McGinley**

| | | | |
|---|---|---|---|
| Employee ID | 102294 | Fed Taxable Income | 736.00 |
| Location | 000500 | Fed Filing Status | S-0 |
| Salary | $667.31 | State Filing Status | S-0 |

| Check Date | August 18, 2022 |
| Period Beginning | August 7, 2022 |
| Period Ending | August 13, 2022 |

| Voucher Number | 2007 |
| Net Pay | 487.38 |
| Total Hours Worked | 0.00 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Bonus | | | | 470.01 |
| Commissio | | | | 14,413.38 |
| Gift Card | | 0.00 | 800.00 | 1,400.00 |
| Regular | | | | 22,021.23 |
| **Gross Earnings** | | 0.00 | 800.00 | 38,304.62 |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 161.92 | 5,127.31 |
| MED | 10.67 | 513.14 |
| PA | 22.60 | 1,086.55 |
| PA-731801 | 7.36 | 353.92 |
| PA-FIN4 | 0.00 | 35.00 |
| PASUI-E | 0.44 | 21.25 |
| SS | 45.63 | 2,194.15 |
| **Taxes** | 248.62 | 9,331.32 |

| Deductions | Amount | YTD |
|---|---|---|
| Gift Card | | 1,400.00 |
| Home Delivery | | 41.25 |
| Medical After Tax | | 2,071.74 |
| Wage Diversion | 64.00 | 2,914.61 |
| **Deductions** | 64.00 | 6,427.60 |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| PNC BANK, NATIONAL ASSOCIATION | C | ***7086 | 487.38 |
| Total Direct Deposits | | | 487.38 |

---

P G Publishing Co | 2201 Sweeney Drive  Clinton, PA 15026 | (419) 724-6028 | FEIN: 94-0692700 | PA: 81-72150

P G Publishing Co
2201 Sweeney Drive
Clinton, PA 15026

Direct Deposit Advice

paylocity

Check Date: August 18, 2022
Voucher Number: 2006

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| PNC BANK, NATIONAL A | C | ***7086 | 416.90 |
| Total Direct Deposits | | | 416.90 |

141000  000500  102294  2006  2006        141000

Catherine R McGinley
117 Race St
Pittsburgh, PA  15218

Non Negotiable - This is not a check - Non Negotiable

P G Publishing Co

Earnings Statement

**Catherine R McGinley**

| | | | | |
|---|---|---|---|---|
| Employee ID | 102294 | Fed Taxable Income | 613.93 | Check Date: August 18, 2022 |
| Location | 000500 | Fed Filing Status | S-0 | Period Beginning: August 7, 2022 |
| Salary | $667.31 | State Filing Status | S-0 | Period Ending: August 13, 2022 |

Voucher Number: 2006
Net Pay: 416.90
Total Hours Worked: 37.50

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Bonus | | | | 470.01 |
| Commissio | | | | 14,413.38 |
| Gift Card | | | | 1,400.00 |
| Regular | 17.79 | 37.50 | 667.31 | 22,021.23 |
| Gross Earnings | | 37.50 | 667.31 | 38,304.62 |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 59.68 | 5,127.31 |
| MED | 8.90 | 513.14 |
| PA | 18.85 | 1,086.55 |
| PA-731801 | 6.14 | 353.92 |
| PA-FIN4 | 1.00 | 35.00 |
| PASUI-E | 0.37 | 21.25 |
| SS | 38.06 | 2,194.15 |
| Taxes | 133.00 | 9,331.32 |

| Deductions | Amount | YTD |
|---|---|---|
| Gift Card | | 1,400.00 |
| Home Delivery | 1.25 | 41.25 |
| Medical After Tax | 62.78 | 2,071.74 |
| Wage Diversion | 53.38 | 2,914.61 |
| Deductions | 117.41 | 6,427.60 |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| PNC BANK, NATIONAL ASSOCIATION | C | ***7086 | 416.90 |
| Total Direct Deposits | | | 416.90 |

P G Publishing Co | 2201 Sweeney Drive  Clinton, PA 15026 | (419) 724-6028 | FEIN: 94-0692700 | PA: 81-72150

**P G Publishing Co**
2201 Sweeney Drive
Clinton, PA 15026

Direct Deposit Advice

paylocity

| | Check Date | Voucher Number |
|---|---|---|
| | August 11, 2022 | 1615 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| PNC BANK, NATIONAL A | C | ***7086 | 416.90 |
| Total Direct Deposits | | | 416.90 |

141000   000500   102294   1615   1586        141000

**Catherine R McGinley**
117 Race St
Pittsburgh, PA  15218

Non Negotiable - This is not a check - Non Negotiable

---

Non Negotiable - This is not a check - Non Negotiable

**P G Publishing Co**        **Earnings Statement**

**Catherine R McGinley**

| | | | |
|---|---|---|---|
| Employee ID | 102294 | Fed Taxable Income | 613.93 |
| Location | 000500 | Fed Filing Status | S-0 |
| Salary | $667.31 | State Filing Status | S-0 |

| | | |
|---|---|---|
| Check Date | August 11, 2022 | |
| Period Beginning | July 31, 2022 | |
| Period Ending | August 6, 2022 | |

| | |
|---|---|
| Voucher Number | 1615 |
| Net Pay | 416.90 |
| Total Hours Worked | 37.50 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Bonus | | | | 470.01 |
| Commissio | | | | 13,613.38 |
| Gift Card | | | | 1,400.00 |
| Regular | 17.79 | 37.50 | 667.31 | 21,353.92 |
| **Gross Earnings** | | 37.50 | 667.31 | 36,837.31 |

| Deductions | Amount | YTD |
|---|---|---|
| Gift Card | | 1,400.00 |
| Home Delivery | 1.25 | 40.00 |
| Medical After Tax | 62.78 | 2,008.96 |
| Wage Diversion | 53.38 | 2,797.23 |
| **Deductions** | 117.41 | 6,246.19 |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| PNC BANK, NATIONAL ASSOCIATION | C | ***7086 | 416.90 |
| Total Direct Deposits | | | 416.90 |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 59.68 | 4,905.71 |
| MED | 8.90 | 493.57 |
| PA | 18.85 | 1,045.10 |
| PA-731801 | 6.14 | 340.42 |
| PA-FIN4 | 1.00 | 34.00 |
| PASUI-E | 0.37 | 20.44 |
| SS | 38.06 | 2,110.46 |
| **Taxes** | 133.00 | 8,949.70 |

P G Publishing Co | 2201 Sweeney Drive   Clinton, PA 15026 | (419) 724-6028 | FEIN: 94-0692700 | PA: 81-72150

**P G Publishing Co**
2201 Sweeney Drive
Clinton, PA 15026

Direct Deposit Advice

paylocity

| | Check Date | Voucher Number |
|---|---|---|
| | August 4, 2022 | 1404 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| PNC BANK, NATIONAL A | C | ***7086 | 416.90 |
| Total Direct Deposits | | | 416.90 |

141000   000500   102294   1404   1387                    141000

Non Negotiable - This is not a check - Non Negotiable

Catherine R McGinley
117 Race St
Pittsburgh, PA  15218

**Non Negotiable - This is not a check - Non Negotiable**

**P G Publishing Co**                                            **Earnings Statement**

**Catherine R McGinley**

| | | | | |
|---|---|---|---|---|
| Employee ID | 102294 | Fed Taxable Income | 613.93 | Check Date   August 4, 2022 |
| Location | 000500 | Fed Filing Status | S-0 | Period Beginning  July 24, 2022 |
| Salary | $667.31 | State Filing Status | S-0 | Period Ending   July 30, 2022 |

| | | | | |
|---|---|---|---|---|
| Voucher Number | | | | 1404 |
| Net Pay | | | | 416.90 |
| Total Hours Worked | | | | 37.50 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Bonus | | | | 470.01 |
| Commissio | | | | 13,613.38 |
| Gift Card | | | | 1,400.00 |
| Regular | 17.79 | 37.50 | 667.31 | 20,686.61 |
| **Gross Earnings** | | 37.50 | 667.31 | 36,170.00 |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 59.68 | 4,846.03 |
| MED | 8.90 | 484.67 |
| PA | 18.85 | 1,026.25 |
| PA-731801 | 6.14 | 334.28 |
| PA-FIN4 | 1.00 | 33.00 |
| PASUI-E | 0.37 | 20.07 |
| SS | 38.06 | 2,072.40 |
| **Taxes** | 133.00 | 8,816.70 |

| Deductions | Amount | YTD |
|---|---|---|
| Gift Card | | 1,400.00 |
| Home Delivery | 1.25 | 38.75 |
| Medical After Tax | 62.78 | 1,946.18 |
| Wage Diversion | 53.38 | 2,743.85 |
| **Deductions** | 117.41 | 6,128.78 |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| PNC BANK, NATIONAL ASSOCIATION | C | ***7086 | 416.90 |
| **Total Direct Deposits** | | | 416.90 |