WWR# 041076757

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| IN RE: | CASE NO. 22-21882 |
|---|---|
| CATHERINE R MCGINLEY | CHAPTER 13 |
|  | JUDGE GREGORY L. TADDONIO |
| DEBTOR(S) |  |

## NOTICE OF APPEARANCE

Now comes Weltman, Weinberg and Reis Co., L.P.A., and hereby enters its appearance as counsel for creditor, Post-Gazette Federal Credit Union.

Please send all further communications, pleadings, court notices, and other documents intended for Post-Gazette Federal Credit Union to undersigned counsel.

Respectfully submitted,
Weltman, Weinberg & Reis Co. LPA

/s/ GARRY MASTERSON
GARRY MASTERSON
Attorney for Creditor
965 KEYNOTE CIRCLE
BROOKLYN HEIGHTS, OH 44131
877-338-9484
pitecf@weltman.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Appearance was served on the following registered ECF Participants, **electronically** through the court's ECF System at the email address registered with the court and by **ordinary U.S. Mail** on 1st day of December, 2022 addressed to:

LAWRENCE W WILLIS, Attorney for Debtor
ECF@WESTERNPABANKRUPTCY.COM

RONDA J WINNECOUR, Trustee
600 GRANT ST STE 3250
PITTSBURGH, PA 15219


OFFICE OF THE UNITED STATES TRUSTEE @ usdoj.gov

CATHERINE R MCGINLEY
117 RACE ST
PITTSBURGH, PA 15218-1337



,


        Respectfully submitted,
        Weltman, Weinberg & Reis Co. LPA


        /s/ GARRY MASTERSON
        GARRY MASTERSON
        Attorney for Creditor
        965 KEYNOTE CIRCLE
        BROOKLYN HEIGHTS, OH 44131
        877-338-9484
        pitecf@weltman.com