IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>CATHERINE R MCGINLEY<br>　　　　DEBTORS<br><br>DUQUESNE LIGHT COMPANY<br>　　　　MOVANT<br><br>CATHERINE R MCGINLEY<br>and RONDA J. WINNECOUR, Trustee,<br><br>　　　　RESPONDENTS | BANKRUPTCY NO. 22-21882-GLT<br><br>CHAPTER 13 |

## DUQUESNE LIGHT COMPANY'S WITHDRAWAL OF CLAIM NO. 6.1

To the Clerk of Courts:

　　Kindly withdraw the Proof of Claim Number 6-1, filed on December 2, 2022 on behalf of Duquesne Light Company, as the claim has been filed with incorrect documentation.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　BERNSTEIN-BURKLEY, P.C.

　　　　　　　　　　　　　　　　　　　By: /s/ Keri P. Ebeck
　　　　　　　　　　　　　　　　　　　Keri P. Ebeck, Esq.
　　　　　　　　　　　　　　　　　　　PA I.D. #91298
　　　　　　　　　　　　　　　　　　　kebeck@bernsteinlaw.com
　　　　　　　　　　　　　　　　　　　Suite 2200, Gulf Tower
　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15219
　　　　　　　　　　　　　　　　　　　Phone (412) 456-8112
　　　　　　　　　　　　　　　　　　　Fax: (412) 456-8135

　　　　　　　　　　　　　　　　　　　*Counsel for Duquesne Light Company*

Dated: December 2, 2022