FILED
12/11/25 9:52 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: CATHERINE R. MCGINLEY** ) | |
| ) | **Case No. 22-21882-GLT** |
| ) | |
| ) | **Chapter 13** |
| **Debtor(s).** ) | |
| _____ X | Related to Docket No. 57 |

**STIPULATED ORDER MODIFYING PLAN**

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

❑    a motion to dismiss case or certificate of default requesting dismissal

☒    a plan modification sought by:    The Debtor

❑    a motion to lift stay
      as to creditor    _____

❑    Other:    _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

❑ Chapter 13 Plan dated _____
☒ Amended Chapter 13 Plan dated November 6 2023

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

❑    Debtor(s) Plan payments shall be changed from $ ____3639.00__ to $ __4162.00___ per _month_, effective __11/25__; and/or the Plan term shall be changed from ___ months to ____ months.

❑    In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments,

[04/22]                                    -1-

      the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

- ❏ Debtor(s) shall file and serve _____ on or before _____.

- ❏ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

- ❏ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

- ☒ Other: <u>Notice of Mortgage Payment Change (Claim # 1) with Certificate of Service Filed by Creditor Citizens Bank, N.A. s/b/m to Citizens Bank of Pennsylvania Filed by Citizens Bank, N.A. s/b/m to Citizens Bank of Pennsylvania</u>

    **IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

    **IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this 11th Day of December, 2025

Dated: December 11, 2025

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

arb

Stipulated by:                           Stipulated by:

/s/ Lawrence W. Willis                   /s/ Jim Warmbrodt
Lawrence W. Willis                       Jim Warmbrodt
Counsel to Debtor                        Counsel to Chapter 13 Trustee

cc:   All Parties in Interest to be served by Clerk

[04/22]                              -3-

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 22-21882-GLT
Catherine R McGinley  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2  User: auto  Page 1 of 3
Date Rcvd: Dec 11, 2025  Form ID: pdf900  Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Catherine R McGinley, 117 Race Street, Pittsburgh, PA 15218-1337 |
| 15517994 | ++ | CCO MORTGAGE CORP, 10561 TELEGRAPH RD, GLEN ALLEN VA 23059-4577 address filed with court:, CCO Mortgage Corp., Attn: Bankruptcy, 10561 Telegraph Rd, Glen Allen, VA 23059 |
| 15517995 | + | Law Office of Gregory Javardian, 1310 Industrial Blvd # 101, Southampton, PA 18966-4030 |
| 16548805 | | Onyx Bay Trust, Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 15543972 | + | Post Gazette Federal CU, 2201 Sweeney Drive, Clinton, PA 15026-1818 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | ^ | MEBN | Dec 12 2025 00:21:09 | Citizens Bank, N.A. s/b/m to Citizens Bank of Penn, 10561 Telegraph Road, 10561 Telegraph Road, Glen Allen, VA 23059-4577 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 12 2025 00:37:29 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Dec 12 2025 00:24:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| cr | + | Email/Text: ebnjts@grblaw.com | Dec 12 2025 00:24:00 | Woodland Hills School District, Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 15543970 | ^ | MEBN | Dec 12 2025 00:21:29 | Citizen's Bank, PO Box 2800, Glen Allen, VA 23058-2800 |
| 15524832 | ^ | MEBN | Dec 12 2025 00:21:08 | Citizens Bank, N.A. s/b/m to Citizens Bank, of Pennsylvania, 10561 Telegraph Road, Glen Allen, VA 23059-4577 |
| 15551886 | + | Email/Text: jdryer@bernsteinlaw.com | Dec 12 2025 00:24:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15551229 | + | Email/Text: BKRMailOps@weltman.com | Dec 12 2025 00:24:00 | Post-Gazette Federal Credit Union, c/o Weltman, Weinberg & Reis, Co. LPA, 965 Keynote Circle, Cleveland, OH 44131-1829 |
| 15517996 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 12 2025 00:25:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 15518030 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 12 2025 00:37:38 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15550856 | | Email/Text: BNCnotices@dcmservices.com | | |

| | | | |
|---|---|---|---|
| District/off: 0315-2 | | User: auto | Page 2 of 3 |
| Date Rcvd: Dec 11, 2025 | | Form ID: pdf900 | Total Noticed: 19 |

| | | | | |
|---|---|---|---|---|
| | | | Dec 12 2025 00:24:00 | UPMC HEALTH SERVICES, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 15550857 | | Email/Text: BNCnotices@dcmservices.com | | |
| | | | Dec 12 2025 00:24:00 | UPMC PHYSICIAN SERVICES, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 15528917 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| | | | Dec 12 2025 00:25:00 | Wilmington Savings Fund Society, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 15561267 | + | Email/Text: ebnjts@grblaw.com | | |
| | | | Dec 12 2025 00:24:00 | Woodland Hills School District, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, St. 3110, Pittsburgh, PA 15219-1753 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Onyx Bay Trust |
| cr | | Post-Gazette Federal Credit Union |
| cr | | Wilmington Savings Fund Society, FSB, not in its i |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15543969 | *P++ | CCO MORTGAGE CORP, 10561 TELEGRAPH RD, GLEN ALLEN VA 23059-4577, address filed with court:, CCO Mortgage Corp., Attn: Bankruptcy, 10561 Telegraph Rd, Glen Allen, VA 23059 |
| 15543971 | *+ | Law Office of Gregory Javardian, 1310 Industrial Blvd # 101, Southampton, PA 18966-4030 |
| 15543973 | *+ | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 3 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2025            Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Wilmington Savings Fund Society FSB, not in its individual capacity but solely as Trustee of Onyx Bay Trust dcarlon@kmllawgroup.com |
| Garry Alan Masterson | on behalf of Creditor Post-Gazette Federal Credit Union pitecf@weltman.com  gmasterson@weltman.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Jeffrey R. Hunt | on behalf of Creditor Woodland Hills School District jhunt@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Dec 11, 2025 | Form ID: pdf900 | Total Noticed: 19 |

Lawrence Willis
    on behalf of Debtor Catherine R McGinley ecf@westernpabankruptcy.com
    urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Mary F. Kennedy
    on behalf of Creditor Citizens Bank  N.A. s/b/m to Citizens Bank of Pennsylvania mary@javardianlaw.com,
    tami@javardianlaw.com;angie.harrigan@javardianlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Robert Shearer
    on behalf of Creditor Onyx Bay Trust rshearer@raslg.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 10