**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
CATHERINE R MCGINLEY

Case No. 22-21882GLT

Debtor(s)
RONDA J. WINNECOUR,
Standing Chapter 13 Trustee,

Chapter 13

Movant
vs.

Document No __

POST GAZETTE FEDERAL CREDIT UNION

Respondents

### NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

CREDITOR HAS INFORMED THE TRUSTEE THAT THE DEBT
HAS BEEN PAID IN FULL

**Parties are advised that funds placed on reserve may be treated as general plan funding and redistributed pursuant to the terms of the confirmed plan.**

POST GAZETTE FEDERAL CREDIT UNION
PO BOX 6250
PITTSBURGH, PA 15212-0250

Court claim# 5/Trustee CID# 6

The Movant further certifies that on 05/05/2026 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

DEBTOR(S):
CATHERINE R MCGINLEY, 117 RACE
STREET, PITTSBURGH, PA  15218


:
WELTMAN WEINBERG & REIS CO LPA**,
ATTN CH 13 BANKRUPTCY NOTICES, 5990
WEST CREEK RD STE 200,
INDEPENDENCE, OH  44131

NEW CREDITOR:

DEBTOR'S COUNSEL:
LAWRENCE W WILLIS ESQ, WILLIS &
ASSOCIATES, 201 PENN CENTER BLVD
STE 310, PITTSBURGH, PA  15235

ORIGINAL CREDITOR:
POST GAZETTE FEDERAL CREDIT UNION
PO BOX 6250, PITTSBURGH, PA
15212-0250