# *Post- Gazette*

## *Federal Credit Union*

PO BOX 6250 – Pittsburgh PA 15212
Phone: (412) 263-1450

FILED

2026 MAY -7  A 9: 26

CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH

**Withdraw of Claim**

**May 1, 2026**

**Debtor: Catherine Mcginley**
**Case: 2221882**

**Claim#5 Post Gazette Federal Credit Union**
**In the amount of $5,154.71**
**Account # L520**
**Collateral 2015BMW 320i**

As of March 11, 2026 Catherine Mcginley has satisfied the lien on the 2015 BMW 320i, all debts are cleared.

If you have any questions, please do not hesitate to contact our office at 412-263-1450.

Regards,

Kelly M Maseth
Treasurer

# Post-Gazette
# Federal Credit Union

300 Corliss Street
Pittsburgh PA 15220



UNITED STATES
OF AMERICA

FOREVER/USA

PITTSBURGH PA 150

4 MAY 2026 PM 2 L

Bankruptcy Court
600 Grant Street
Floor 54 14
Pittsburgh PA 15219

15219-280564