# Post- Gazette
## Federal Credit Union
PO BOX 6250 – Pittsburgh PA 15212
Phone: (412) 263-1450

FILED

2026 MAY -7 A 9: 26

CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH

**Withdraw of Claim**

FILED
5/7/26 11:49 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

May 1, 2026

Debtor: Catherine Mcginley
Case: 2221882

**Claim#5 Post Gazette Federal Credit Union**
**In the amount of $5,154.71**
**Account # L520**
**Collateral 2015BMW 320i**

Related to Docket No. 63

As of March 11, 2026 Catherine Mcginley has satisfied the lien on the 2015 BMW 320i, all debts are cleared.

If you have any questions, please do not hesitate to contact our office at 412-263-1450.

Regards,

Kelly M Maseth
Treasurer

SO ORDERED
May 07, 2026

drb

**Post-Gazette**
**Federal Credit Union**

300 Corliss Street
Pittsburgh PA 15220

PITTSBURGH PA 150

4 MAY 2026 PM 2 L



UNITED STATES
OF AMERICA

FOREVER/USA

Bankruptcy Court
600 Grant Street
Floor 54 14
Pittsburgh PA 15219

15219-280564

United States Bankruptcy Court

Western District of Pennsylvania

| In re: | | Case No. 22-21882-GLT |
|---|---|---|
| Catherine R McGinley | | Chapter 13 |
| Debtor | | |

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 07, 2026 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
             regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Catherine R McGinley, 117 Race Street, Pittsburgh, PA 15218-1337 |
| | + Kelly M Maseth, 300 Corliss Street, Pittsburgh, PA 15220-4815 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2026               Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor Duquesne Light Company blemon@bernsteinlaw.com lemondropper75@hotmail.com;agilbert@bernsteinlaw.com |
| Garry Alan Masterson | on behalf of Creditor Post-Gazette Federal Credit Union pitecf@weltman.com  gmasterson@weltman.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Jeffrey R. Hunt | on behalf of Creditor Woodland Hills School District jhunt@grblaw.com |
| Lawrence Willis | on behalf of Debtor Catherine R McGinley ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |

District/off: 0315-2                              User: auto                                   Page 2 of 2

Date Rcvd: May 07, 2026                          Form ID: pdf900                              Total Noticed: 2

Mary F. Kennedy
    on behalf of Creditor Citizens Bank  N.A. s/b/m to Citizens Bank of Pennsylvania mary@javardianlaw.com,
tami@javardianlaw.com;angie.harrigan@javardianlaw.com

Matthew Fissel
    on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity but solely as Trustee of Onyx Bay
Trust bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Robert Shearer
    on behalf of Creditor Onyx Bay Trust rshearer@raslg.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com


TOTAL: 10